IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Criminal No.: 98-072 (PG) |
| [7] EDILBERTO JURADO-LOPEZ, | |
| Defendant. | |

**DEFENDANT EDILBERTO JURADO-LOPEZ'S MOTION FOR
NUNC PRO TUNC DESIGNATION**

TO THE HONORABLE COURT:

The Defendant EDILBERTO JURADO-LOPEZ, by and through the undersigned Counsel LUIS RAFAEL RIVERA, Esquire, respectfully moves for an Order directing the nunc pro tunc designation of the Department of Corrections of the State of Connecticut as the place for service of the federal sentence imposed in this case.

As grounds for this motion, the defendant submits that on October 20, 2000, this Court sentenced the defendant to a 168-month term of imprisonment to be served concurrently with the sentence the Defendant was already serving in the State of Connecticut. (Dkt. 393). However, to make the Court's intentions possible, the Court was required to designate the Department of Corrections of the State of Connecticut as the place for service of the federal sentence. The Court omitted such language from the preprinted area for recommendations in the Court's written Judgement and Commitment Order. Due to this omission the Bureau of Prisons has not implemented the Court's federal sentence concurrent with the State sentence previously imposed.

WHEREFORE, the Defendant prays for the relief sought herein, and such other and

further relief as may be deemed just and proper in this case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, today the 23rd day of August 2005.

**I HEREBY CERTIFY**: That I on this same date electronically filed the foregoing document with the Clerk of Court for the District of Puerto Rico, through the CM/ECF electronic filing system, which will provide notification of this filing to all interested parties.

/s/ *Luis Rafael Rivera*
**LUIS RAFAEL RIVERA, ESQ.**
**USDC-PR 129411**
CAPITAL CENTER BLDG.
SUITE 401
ARTERIAL HOSTOS AVENUE
HATO REY, PUERTO RICO 00918
PHONE: (787) 763-1780
FAX:   (787) 763-2145